```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION

                        Plaintiff(s)

            -vs-                                04-Cv-6300T

        DRESSER RAND CO.

                        Defendant(s)

_____
```

The above case is transferred from Hon. Michael A. Telesca to Hon. Charles J. Siragusa.

SO ORDERED.

```
                                S/ MICHAEL A. TELESCA
                                MICHAEL A. TELESCA
                                United States District Judge
```

Dated:  Rochester, New York
        December 4, 2006